**60  HOLT ET AL. vs. CIRCUIT JUDGE (Muskegon), No. 11916½.**

To vacate an order quashing a writ of capias.

Order to show cause denied April 8, 1891.

The writ was from the Muskegon Circuit Court, and defendant, who was a resident of Kent County, was arrested while at Muskegon as a witness in the cause there pending between same parties.

Mitchell vs. Circuit Judge, 53 M., 541.  (No. 13.)